# Court of Appeals, State of Michigan

## ORDER

LaBelle Management, Inc. v Michigan Department of Treasury

Docket No.    324062

LC No.    13-000095-MT

Henry William Saad
Presiding Judge

Kurtis T. Wilder

Christopher M. Murray
Judges

The Court orders that the 03/31/2016 opinion is hereby AMENDED. The opinion contained the following clerical error: the word "issue" was omitted after the word "dispositive" in the first sentence of the last paragraph on page 3. The sentence should now read:

> There is no dispute that the dispositive issue here is what is meant by the phrase "owns or controls, directly or indirectly."

In all other respects, the 03/31/2016 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

APR 0 5 2016

Date

Chief Clerk